ORIGINAL

cc: al

RECEIVED AND FILED

2006 OCT 25 PM 3:51

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

David Rankine Bar#5099
12 W. Taylor St.
Reno, Nv 89509
(775) 329-6400

Attorney for Shawnda Terrell

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA, AT RENO

IN RE:

SHAWNDA TERRELL                    Case No. 06-50638
                                   Chapter 7
        Debtor
_____/

SHAWNDA TERRELL                    Adv.

        Plaintiff /Debtor          **ADVERSARY COMPLAINT**
                                   Hearing Date: N/A

v.

ACS EDUCATION SERVICES, INC and
SALLIE MAE, INC.

        Defendants / Creditors
_____/

Comes now Shawnda Terrell, Plaintiff herein, through counsel, the Law Office of David Rankine, and for her complaint alleges as follows:

1) This Adversary Proceeding arises out of Plaintiffs, Shawnda

1

Terrell's Chapter Seven case 06-50638.

2) The court has jurisdiction over this matter pursuant to 28 USC §1334, 11 USC §§ 523. This matter is a core proceeding pursuant to 28 USC §157.

3) Sallie Mae Inc. and ACS Education Services, Inc. are creditors in this proceeding. Each holds the right to collect for educational loans made to Shawnda Terrill. A non exclusive list of the educational loans is attached hereto as ex A.

4) Shawnda Terrill is permanently disabled. Her sole source of income is a social security disability check in the amount of $1065 monthly.

5) That repayment of the student loans held by the defendants would cause plaintiff an undue hardship.

7) That the debt to each defendant should be discharged in her chapter 7 proceeding pursuant to 11 USC §523(a)(8).

WHEREFORE Plaintiff prays for relief as follows.

1) For a determination that any liability of Plaintiff to the Defendants for all education loans is discharged in her chapter seven proceeding.

2) For an award of costs and fees for this adversary proceeding.

3) For such other relief as the court may deem just and proper.

Dated this 25th day of October, 2006.

By _/s/ David Rankine_
David Rankine

2

Borrower's Name: TERRELL                    SHAWNDA        R    Social Security Number: 566911080

Spouse's Name: _____ Social Security Number: _____
(Please print. Enter spouse's information only if you completed Section B.)

### Section D.1. Education Loan Indebtedness — Loans You Want to Consolidate

*Read the instructions before completing this section.* List all education loans you want to consolidate, including loans currently held by the lender that will be consolidating your loans. Use the Loan Codes listed in the instructions. If you need to list additional loans, use the Additional Loan Listing Sheet included in this package. Include your spouse's loans only if Section B has been completed. **ONLY LIST LOANS THAT YOU WANT TO CONSOLIDATE IN THIS SECTION.**

| 20. Loan Code (See Instructions) | 21. Loan Holder Name and Mailing Address | 22. B=Borrower S=Spouse J=Joint | 23. Loan Account Number | 24. Interest Rate | 25. Payoff Amount |
|---|---|---|---|---|---|
| STFS | SALLIE MAE TRUST - LSC/FL  1002 ARTHUR DRIVE  LYNN HAVEN, FL | B | 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-1-01 | 7.14 | $2,662.93 |
| STF3 | SALLIE MAE TRUST - LSC/FL  1002 ARTHUR DRIVE  LYNN HAVEN, FL | B | 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-1-02 | 7.14 | $4,395.83 |
| STFS | SALLIE MAE TRUST - LSC/FL  1002 ARTHUR DRIVE  LYNN HAVEN, FL | B | 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-1-03 | 7.14 | $1,331.96 |
| STF3 | SALLIE MAE TRUST - LSC/FL  1002 ARTHUR DRIVE  LYNN HAVEN, FL | B | 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-1-04 | 7.14 | $2,135.17 |
| STF3 | BOA ST. BKNG CA9-169-04-01 - 801871 | B | 566911080 | 4.7 | $906.00 |
| STFS | BOA ST. BKNG CA9-169-04-01 - 801871 | B | 566911080 | 4.7 | $2,624.00 |
| STF3 | NELLIE MAE FNBC AS TRUSTEE - 830308 | B | 566911080 | 4.7 | $1,030.00 |
| STFS | NELLIE MAE FNBC AS TRUSTEE - 830308 | B | 566911080 | 4.7 | $1,312.00 |

*(Signature: Ex A)*

**26. Grace Period End Date** – If any of the loans that you have selected for consolidation are in a grace period and you wish to delay processing until you have completed your grace period, enter your expected grace period end date. If you do not wish to delay processing, leave this field blank.    **(Month/Year)** _____

07/27/06



Page 1 of 1

07/23/06

Any correspondence other than payments should be sent to the address listed on the back of this statement.

Activity Through:

| ACCOUNT INFORMATION | | (This statement may not include all accounts) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | LOAN TYPE | PRINCIPAL BALANCE OUTSTANDING | INTEREST RATE | LAST PAID AMOUNT/DATE | DAYS DELINQUENT | PAST DUE | CURRENT DUE | LATE CHARGE | TOTAL DUE |
| XXX-XX-1080-1 * | FSL | 2,382.15 | 7.140 | 0.00 00/00/00 | 9 | 50.00 | 50.00 | 0.00 | 100.00 |

IMPORTANT INFORMATION IS INCLUDED ON THE BACK

**TOTAL DUE BY:** NOW 100.00

IMPORTANT MESSAGE – PLEASE READ

Our records show that your last payment has not been received.

If you have already made your payment, thank you.

If you have not made your payment, please send the past due amount and the current due amount shown above immediately. Please mail your payment with the bottom portion of this bill in the enclosed envelope.

If you are experiencing difficulty in making payment(s), please refer to the back of this form for payment options or contact us at 1-800-835-4611 for additional assistance.

In accordance with the terms of your loan(s), your variable interest rate has changed as indicated above which may effect your monthly payment amount.

2%Edvantage Countdown: You need to make only 48 more on-time payments to qualify for a 2 percentage point interest rate reduction on your eligible loan(s).

A copy of this notice has been sent to any co-makers and/or co-signers of this loan.
To pay the above loan in full, please pay $2,408.64 by 08/14/06

BIL2

---- DETACH HERE AND RETURN LOWER PORTION WITH YOUR PAYMENT ----

Address or Phone Number change? Check box and write your new address and/or phone number on back.

BIL2



P.O. BOX 7051
UTICA, NY 13504-7051

Account Number
M3344A XXX-XX-1080-1

Payment Due Date: NOW
Please Pay This Amount: 100.00

Make Check Payable to

ACS

011800

TERRELL, SHAWNDA R

4959 TALBOT LN APT 81
RENO, NV 89509-6512

P.O. BOX 9001560
LOUISVILLE, KY 40290-1560

* Include the coupon and make sure the address appears properly through the return envelope window.
* Do not send cash
* Write account number on your check

Amount Paid

BL032A

4230334411556691108019001000004

FORM 104 (10/06)

# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

**ADVERSARY PROCEEDING NUMBER**
(Court Use Only)

**PLAINTIFFS**
SHAWNDA TERRELL

**DEFENDANTS**
SALIE MAE
ACS EDUCATION SERVICE

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
DAVID RANKINE 12 TAYLOR ST
RENO NV 5099

**ATTORNEYS** (If Known)

**PARTY** (Check One Box Only)
☒ Debtor     ☐ U.S. Trustee/Bankruptcy Admin
☐ Creditor   ☐ Other
☐ Trustee

**PARTY** (Check One Box Only)
☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin
☒ Creditor   ☐ Other
☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☒ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – reinstatement of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☐ Check if this case involves a substantive issue of state law

☐ Check if this is asserted to be a class action under FRCP 23

☐ Check if a jury trial is demanded in complaint

Demand $

**Other Relief Sought**
DISCHARE STUDENT LOAN

FORM 104 (10/06), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR SHAWNDA TERRELL || BANKRUPTCY CASE NO. 06-50638 |
| DISTRICT IN WHICH CASE IS PENDING RENO NV | DIVISIONAL OFFICE | NAME OF JUDGE ZIVE |

| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
|---|---|---|---|
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is filed electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.